FILED

STEPHEN PAUL GIBSON, ESTATE

2019 JAN 29  PM 12: 25

By: stephen paul, House of Gibson
Private Civilian, Californian, American National
Private Living Beneficiary
Standing *in allodium* in Exclusive Equity
On the land county San Bernardino
*de jure* California state of the Union

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY

c/o SPG Utility Trust
305 N. 2ⁿᵈ Avenue, #198
Upland, California
DMM & ZIP Exempt, near [91786]
575-779-0684

The United States of America          )
California state of the Union          ) s.a.
San Bernardino county                  )

---

## UNITED STATES DISTRICT COURT
## CALIFORNIA CENTRAL DISTRICT, EASTERN DIVISION

| | |
|---|---|
| **U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST**<br><br>**Plaintiff(s)**<br><br>**Vs.**<br><br>**KENNETH COUSENS; JASON BRADLEY POWERS; JERRY BERNEATHY; STEPHEN PAUL GIBSON and DOES 1-10, inclusive**<br><br>**Defendant(s)** | **CASE NO. 5:18-cv—02668-SJO-KK**<br><br>**MANDATORY JUDICIAL NOTICE:**<br><br>1. **Warrant for Jurisdiction**<br>2. **Notice of Writ of Entry for Lawful Name Change by Order of Ecclesiastical Court** |

|  |  |
|---|---|
| **stephen paul, House of Gibson Real Party in Interest and Third Party Intervener by Special, Private and Restricted Ministerial Visitation**<br><br>**Holding priority claim, and equitable Interests as Real Party in Interest and Heir to the ESTATE** | **Jurisdiction Protected by your Constitution for the United States of America, Article III, Section 2, Clause 1; and My Exclusive Equity Proceeding Governed by Maxims of English-American Equity**<br><br> |

# MANDATORY JUDICIAL NOTICE

## Warrant for Jurisdiction

### In Camera, At Judges Private Chambers

Whereas, I, stephen paul, Living Beneficiary and Heir to the Estate via My Private Authentic Declaration Inter Vivos Trust, the STEPHEN PAUL GIBSON Private Business Trust and the Stephen Paul Gibson Living Estate Trust (henceforth "Declarant") am now coming as Declarant in a special cause by Special Ministerial Visitation and excluding all presumptions of consent to public jurisdiction or attachment by General or Special Appearance, with right of action by either assignment or direct right of action, or by matter of Preserved Right arising under the Constitution for the United States of America (circa 1789) and the original 1849 Constitution for the California unincorporated state of the Union.  As one of the People in this Court of Record, I am seeking relief in the equitable jurisdiction as one of the courts of the United States analogous to the same circuit court of the United States[1] under the Constitution and laws of the

---

[1] The circuit courts of the United States are ordained as inferior courts under the constitution's Supreme Court and established in 1789 under "The Judiciary Act" conferred and vested by Congress its jurisdiction over (common] law and equity {§11 & 16}; however, in 1911 Congress abolished the circuit courts whereby its sovereign judicial power reverts back to the circuit justice at

United States of America and the United States, as a non-bankrupt, non-enemy, non-belligerent holding pre-March 9, 1933 judicial powers in the nature of original American/English Equity Jurisprudence.

A Constitutional question stands before this court if it has the authority to deny such rights, and barring such explicit denial, be it hereby resolved that no such right exists or is vested in this court or its officers.

I require a special term presided over by a special assignment of one of the circuit justice designees in chambers as such power to do so "…reverts back to the circuit justice at chambers in the newly established "United States Court of Appeals" by operation of revisionary transfer" (see footnote 1 above). I remain standing on the Land and am clothed with unalienable rights as covenantee to the covenants that run in the Law of the Land arising from the Constitution for the United States of America (circa 1789).  I retain, protect and preserve my birthright sovereign civilian judicial power[2] that explicitly excludes any non-Article III interference by District or Territorial jurisdictions.  I do inherently possess, from my source of sovereign authority as one of the People, such Sacred Power held in reserve that I explicitly grant to this court for the limited, special, priority, private and in confidence requirements as stated herein above.

Said power has been preserved and reserved to the states by compact constitution and articles of amendment thereof (Articles of Amendment Nine and Ten), and what is not delegated to the limited scope federal and state bodies, is explicitly preserved and reserved to the People.  That which is maintained by the federal or state judicial bodies is delegated authority by the judicial power of the People and I do now come clothed with co-extensive power and authority on equal or superior footing to the other original branches of the government of the United States, United States of America and the several states.

By this authority I do issue this Warrant for Jurisdiction for Delegation of my Civilian Judicial Power derived by my core private birthrights and inherent authority.  Further, in addition to My

---

chambers in the newly established "United States Court of Appeals" by operation of revisionary transfer. This Trust does not recognize Congress' right to abolish courts created previously under the Constitution and holds that there is no enumerated power of Congress to abolish or diminish circuit courts vested by the Constitution (Story volume 3).
[2] Supreme Court; Ortiz v United States, 2018, and also National Mutual Insurance Co. v. Tidewater Transfer Co., Inc., 337 U.S. 582 (1949) and Commonwealth of Puerto Rico V. Sanchez Valle Et Al. 2016

specie (placed by private Special Deposit and held in trust by Custodial Duty Holders) and the quantum of such Civilian Judicial Authority, already delegated by Me to one of the several states, California (unincorporated state of the Union), in which I, **stephen paul**, am judicially and properly empowered to issue such Warrant of Jurisdiction for Delegation for the limited scope of authority to see this matter properly settled as required.

I do not warrant any interference from any city-nation-municipal-military-congressional acts that may confuse or suspend my core private birthrights in the absence of sovereign civilian judicial power as enumerated by Article III, Section 2, Subsection 1 Law [3] and Equity, as it was recognized at the time of the adoption of the Constitution for the United States of America. My Warrant of Jurisdiction and delegation of limited scope of power shall be running in this suit at the proximity of United States District Court, California Eastern Division. I warrant and require that this proceeding ensues running the practice of one of the courts of the United States' circuit courts, with the mode of civilian due process under the rules of equity, at chambers, sealed in accordance with the Sacred Trust stated and filed concurrent herewith, as well as other private trusts that must be excluded from the public view. In keeping with the good reason and good conscience of Equity and this Warrant of Jurisdiction, the caption for said proceeding shall be, to wit:

> **One of the courts of the United States concurrent at the supreme court of California and supreme court of United States, concurrent with San Bernardino county California state of the Union, under the Constitution and Laws of the United States of America (1789) derived directly from the Article III sovereign judicial power of the United States and laws of the United States pursuant to the original Judiciary Act of 1789 (1 Stat. 73), with original and exclusive jurisdiction of equity analogous to the circuit courts of the United States and co-ordinate and co-extensive to the forms, practices, modes and**

---

[3] Constitution of the United States, Article III, Section 2 elucidates the demarcation between "law and equity" as separate jurisdictions (Chief Justice Taney), in conflict with Union state practice of merging the distinctions (Pomeroy), and it must be noted that while "law" is intended to mean "common law" without any foreign alien modes such as military, admiralty, maritime, municipal or code practice by the States, equity, on the other hand, is intended to denote that equity practice established and wholly embraced as the Chancery practice of an inherent nature as at the time of the Chancery of England in 1776; said Equity now is invoked pursuant to the Supreme Court of the United States rule 48.2 "former procedure", the Judiciary Act of 1789, and includes the latest version of the Federal Equity practice rules (of 1912) promulgated by said Supreme Court. The aforesaid described "law" and "equity" are intended to define this Warrant.

**procedures of the federal equity rules of the United States 1912, and Supreme Court of the United States Rule 48.8.**

Clothed as one of The People aforesaid in this cause protecting core private rights I hereby now give notice, transfer and otherwise bestow such nature of above stated jurisdiction sourced from my inherent birthright authority in addition to this court's existing Article III vesting, if any, upon all officers of this court, and all appointees, agents and fiduciaries of the referenced private trusts and this now expressed Sacred Trust, and it is my settlor's intent and purpose that all business will be done under the Trust, and the Trust will be doing business as **Stephen Paul Gibson Living Estate Trust.**

## NOTICE OF WRIT OF ENTRY FOR CORRECTION OF NAME and

## PERMANENT SEPARATION FROM TENANCY

Notice is hereby given of the herewith accompanying (by annexation, see Exhibit Four below) of the Writ of Entry issued by ecclesiastical authority for permanent correction of name for the Living Being, Man, stephen paul.  This is notice to the public and this court of permanent separation from the tenant STEPHEN PAUL GIBSON, from the Landed Estate of My living flesh, blood, bones and DNA, and the permanent expulsion of the UNITED STATES, STATE OF CALIFORNIA and COUNTY OF SAN BERNARDINO there from.

Further Declarant Sayeth Naught.



In the Presence of all that is Sacred and Held Pure in Universal Law and Equity, In Witness Whereof, I hereunto set My Hand and Seal this twenty-eighth day of the first month in the year known as two thousand nineteen as Heir to the Estate and Living Beneficiary, and of the independence of the Sovereign unincorporated Union country of The United States of America now in its two hundred and forty-second year of independence, done on San Bernardino county, California state of the Union, standing exclusively on the Land in Equity and within My non-military occupied private estate, without congressional Territorial or District of Columbia, upon the Free Dry Soil thereof, to wit:

Private Witness __*jason bradley*__ date __1/28/2019__

Private Witness __*Kenith scott*__ date __1/28/2019__

Private Civilian, Declarant ___*Stephen paul*___

> stephen paul
> Third Party Intervenor, Real Party in Interest
> Private Civilian, Californian, American National,
> Private Living Beneficiary and Heir to the Estate
> Holder of Office of Executor, Administrator

Reserving all Natural Rights and Intrinsic Liberties, Without Recourse

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT FOUR

26
27
28

page 7



### By His Excellency NATHAN DEAL

GOVERNOR AND COMMANDER-IN-CHIEF OF THE ARMY AND NAVY OF
THIS STATE AND OF THE MILITIA THEREOF.

## To All whom these Presents shall Come -- Greeting,

*Know Ye,* THAT                    **WILLIAM S. HEWITT**

whose official signature appears to the instrument of writing hereto annexed, was at the time of affixing

the same thereto, the duly appointed Deputy Clerk of the Superior Court of Lamar County, Georgia, as

appears from the Records of this Department, and that her/his attestation is in due form.  *Therefore, all*

*due faith, credit and authority is and ought to be had and given to her/him.*

I further certify that the Secretary of State of the State of Georgia is the Custodian of the Great Seal of

said State.

Given under my hand and the Great Seal of the State at the Capitol in Atlanta, this,

the 20th day of December, in the year of our Lord Two Thousand and Eighteen and of

the Independence of the United States of America, the Two Hundred and Forty-Third.

*Nathan F Deal*
Governor

*Executive Department*

Atlanta, GA December 20, 2018

*By the Governor,*

Robyn C Crittenden
Secretary of State

Executive Secretary

p 8

# CALEB A. TYSON
## CLERK SUPERIOR/JUVENILE COURT
## LAMAR COUNTY COURTHOUSE
### 326 THOMASTON STREET, BOX 7
### BARNESVILLE, GA 30204

Debra L. Holmes, Deputy
Tammy R. Bell, Deputy
William S. Hewitt, Deputy
Paula Reeves, Deputy
Kristen Kilchriss, Deputy
Christy Truluck, Assistant

Phone:  (770) 358-5145

Fax: (770) 358-5814

GEORGIA, LAMAR COUNTY

I hereby certify the within and foregoing to be a true, correct and complete copy of the original that appears of record in this office.

This ___17TH___ day of ___DECEMBER___, 20 18

_____
William S. Hewitt
Deputy Clerk, Lamar County Superior Court

SEAL

P 9

**RECORDING REQUESTED BY:**

KENNETH SCOTT COUSENS ESTATE

**WHEN RECORDED MAIL TO:**

PanTerra D'Oro Court of Ekklesia
305 North 2nd Avenue, Suite 197
city Upland, California state of the Union
DMM & ZIP Exempt, near [91786]



LAMAR COUNTY, GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
DEC 17 2016 AT 10:39 A M
BPA BOOK 92 PAGES 721
DEPUTY CLERK

---

SPACE ABOVE FOR RECORDER'S USE ONLY

*The Herein Document is a Matter of Record and Notice*

********************************************************************************

# Notice and Praecipe

1. **Writ of Entry, Notice of Court of Record, Name Change Order**
2. **Writ of Pronuntio and Restitutio**
3. **Court of Record, Judgment and Order**
4. **Declaration of Election, Treaty of Peace**

---

**TITLE OF DOCUMENT**

[This space is intentionally left blank]

# DECLARATION in AFFIDAVIT FORM for
# CORRECTION OF ERROR AND MISTAKE

I, stephen paul, House of Gibson, under Oath and Affirmation and by this Declaration do hereby give notice that I have discovered two errors in the Notice and Praecipe recorded in Lamar County Georgia Superior Court on December 17, 2018 at 10:35am, BPA Book 92, pages 721-742, and by this notice do now correct these errors and mistakes for the public record.

1. Top cover page, BPA Book 92 page 721, top left hand corner of document erroneously states:

   "RECORDING REQUESTED BY: KENNETH SCOTT COUSENS ESTATE"

   Text is now corrected to read:

   "RECORDING REQUESTED BY: STEPHEN PAUL GIBSON ESTATE"

2. Document #1, Writ of Entry, Notice of Court of Record, Name Change Order, page 2 of 6, BPA Book 92 page 725 of recorded document, paragraph number 5, erroneously states:

   "Further pursuant to the Purpose, Will and Intent of the Living Man, the *ens legis* name STEPHEN PAUL GIBSON shall now be changed and corrected to STEPHEN PAUL GIBSON in conformity with His firmly held personal and private beliefs and in conformity with the proper rules of English grammar."

   Text is now corrected to read:

   "Further pursuant to the Purpose, Will and Intent of the Living Man, the *ens legis* name STEPHEN PAUL GIBSON shall now be changed and corrected to Stephen Paul Gibson in conformity with His firmly held personal and private beliefs and in conformity with the proper rules of English grammar."

AFFIRMED THIS TWENTY-FIFTH DAY OF THE FIRST MONTH
IN THE YEAR TWO THOUSAND NINETEEN:

stephen paul, House of Gibson, Without Recourse

## *Expressly Reserving All*
## *Natural Liberties and All Intrinsic Rights*

Use of public notary is for signature identification and acknowledgment only and does not imply or grant any jurisdiction or traversal into the public venue; the living man who has applied his autograph as his living seal hereinabove has done so in his private capacity and not in any way as an adhesion to unrevealed contracts or compelled benefits. Use of Public Notary is strictly by restricted visitation with preservation of all Rights and Equitable Interests within the Maxims of Equity and Exclusive to American/English Jurisprudence.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**Jurat**

State of ___California___ )

County of ___San Bernardino___ )

Subscribed and affirmed before me on this ___27th___ day of ___January___ 2019 by [Stephen Paul Gibson] proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Notary Public

Comm. exp: 5/8/2021



LORNA R. LONG-TRAVERS
Commission No. **2196267**
NOTARY PUBLIC-CALIFORNIA
RIVERSIDE COUNTY
My Comm Expires MAY 8, 2021

p10a

LAMAR COUNTY, GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
DEC 17 2018 AT 10:39 A M
BPA BOOK_____ 92 PAGES 122

DEPUTY CLERK

**ON AND FOR THE RECORD:**

The Court of the Ekklesia and the Public Record takes judicial notice via this Private, Non-Commercial, Non-Negotiable Notice for the Entry of Declaratory Orders pursuant to the Doctrines, Disciplines and Principles of the PanTerra D'Oro Private Society and Court of the Ekklesia, an ecclesiastical body politic without the United States. This is an Entry by Sacred Writ and not subject to public code or statute, and is recorded into the public record as notice of *res judicata* pertaining to the content and intent presented herein;

THEREFORE, let the record show that the living man, stephen paul, has been entered into the Rolls of the Court pursuant to the herein annexed documents:

### Public Notice of Private Records
### PanTerra D'Oro Court of the Ekklesia

The following herein annexed documents have been entered into the permanent archives and records of the PanTerra D'Oro Court of the Ekklesia and are placed for public record hereby:

1. Writ of Entry, Court of Record and Name Change Order
2. Writ Pronuntio and Restitutio for Nativity and Homestead
3. Declaratory Order
4. Declaration of Peace by stephen paul

### Maxim of Equity: Equity Sees Done That Which Ought To Be Done

WITNESS My Hand and Seal this Sixth day of the Eleventh month in the year two thousand eighteen:

_geraldine margaret_

geraldine margaret, House of Jones, Assistant Archivist



LAMAR COUNTY, GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
DEC 17 2018   AT   10:39 4 M
BPA BOOK _____ 92 ____ PAGES 723

DEPUTY CLERK

# EXHIBIT ONE

# WRIT OF ENTRY
# NOTICE OF COURT OF RECORD
# NAME CHANGE ORDER

[This space is intentionally left blank]

P12

FILED & RECORDED IN CLERK'S OFFICE

BPA BOOK _____ 92 PAGES 782



# *PanTerra D'Oro*

DEPUTY CLERK

**Private Society, Court of the Ekklesia**
**Private Contract Association**

On the Free, Dry Soil and Land
Nation of the Dejure California



## Writ of Entry
## Notice of Court of Record
## Name Change Order

**Decreed this twenty-ninth day of the tenth month**
**in the year two thousand eighteen[1]**



**COURT OF THE EKKLESIA WRIT NUMBER: COTE.WRIT.0003.0066**

**THIS IS A SACRED WRIT AND ORDER OF THE COURT OF THE EKKLESIA,**
**AN ECCLESIASTICAL COURT FOR THE PANTERRA D'ORO SOCIETY[2];**
**IT IS SEALED INTO AND PART OF THE PERMANENT ARCHIVAL RECORD AS AN ORDER OF**
**ENTRY OF COURT OF RECORD[3] AND NAME CHANGE ORDER**

### ATTENTION: THIS IS A BINDING PRIVATE LAW WRIT AND ORDER

**LET IT BE KNOWN BY THESE PRESENTS**, that our member stephen paul of the House of Gibson, has established His Court of Record for the following purposes:

1. Establishing said Court of Record as an evidentiary body and all inclusive record of His correction of status, pursuant to His Authentic Declaration of Inter Vivos Trust

2. Petition to the Court of the Ekklesia for proper cognizance and memorialization of His International Perpetual Living Will and Volitional Intent

3. Petition for the purpose to enter a Record of Name Change into the Court of the Ekklesia permanent archival record:

LET IT HEREWITH BE KNOWN TO ALL WHOM THESE PRESENTS MAY, SHALL OR DO APPLY, that stephen paul has properly established His Court of Record and thereby fulfilled the requirements of this Court to memorialize His Purpose, Intent and Will. This Court does therefore issue this Writ of Entry as its acknowledgment and acceptance of the said Court of Record and contained Petitions therein, and pursuant to our closely held foundation of law and the good conscience and good reason of equity, does this day issue this Writ of Entry and affirm and decree this matter resolved and settled, to wit:

**THEREFORE**, NOW this day as first set forth above, and pursuant to the Court of Record of stephen paul, standing in His Regal Retinue and having sojourned here to this Court of the Ekklesia as His intended forum and venue, and upon consideration of His Court of Record, the Petitioner's demand to acknowledge and accept the following has been so entered and is now a settled matter (*res judicata*), to wit:

1. The Court of Record and complete body of evidence and records have been reviewed by a Jury of His Peers and has been found to be complete as to its purpose, to establish and fulfill the full Will and Intent of stephen paul by and through His Authentic Declaration of Inter Vivos Trust and International Perpetual

---

[1] Use of Roman/Gregorian chronological identifier does not impute adhesion or acceptance to jurisdiction; consent to or acceptance of jurisdiction is explicitly denied

[2] www.panterrapca.org

[3] See Definitions of Court and Court of Record Annexed at End of Writ of Entry below

Writ of Entry: Court Order for
Special Name Change, stephen paul House of Gibson
Page 1 of 6

LAMAR COUNTY, GA SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
BPA BOOK  2016  22  PAGES 725
DEPUTY CLERK

Living Will; and

2. Said Court of Record shall be and remain a permanent archival record in the Court of the Ekklesia, available for private viewing by any and all parties that petition this Court for such viewing; and

3. Said Court of Record shall remain a private record within the Court of the Ekklesia and shall not be placed by anyone into the public record by any means, save for those parts of the record specifically designed and intended to be so placed for public notice and record, including this Writ of Entry, Notice of Court of Record and Name Change Order; and

4. Said Court of Record has established and it is hereby affirmed by order of the Court of the Ekklesia that His special name change Order is now *res judicata*, said name now "stephen paul", with derivatives thereof "stephen" or "stephen paul, House of Gibson" or "stephen of the House of Gibson" or "stephen paul of the House of Gibson" or "Gibson, stephen paul" and such name that the Living Man chooses to refer to himself pursuant to this special name change is hereby acknowledged and accepted as the expressed Will of the Living Man with standing of His own substantive right and as brought forth in His Court of Record; and

5. Further pursuant to the Purpose, Will and Intent of the Living Man, the *ens legis* name STEPHEN PAUL GIBSON shall now be changed and corrected to STEPHEN PAUL GIBSON in conformity with His firmly held personal and private beliefs and in conformity with the proper rules of English grammar.

**FURTHER,** and pursuant to the Court of Record Judgment and Order as entered, the Court of the Ekklesia herewith acknowledges, affirms and establishes as part of the said Record that the Petitioner's 'special name change' shall not include the reassignment of any duty, performance, obligation, debt or bonded surety attachment with or to the United States registered organization (INDIVIDUAL) identified as STEPHEN PAUL GIBSON as it may be associated with COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, UNITED STATES, UNITED NATIONS, INTERNATIONAL MONETARY FUND, CROWN/ROYAL REGISTRY, HOLY SEE (and all other COUNTY and STATE corporate sub-divisions of UNITED STATES with which previous commercial or monetary contracts were established by and through the franchise name or any other subordinate or concurrent organization attached or a part thereof); and

**FURTHER,** and pursuant to the Court of Record Judgment and Order as entered, the Court of the Ekklesia herewith acknowledges, affirms and establishes as part of the said Record that the Affidavit of Truth, Proper Name of "Gibson, stephen paul" annexed as Exhibit 3 to His Declaration of Status[4] is now a permanent part of this Court and the Court of Record; and

**FURTHER,** and pursuant to the Court of Record Judgment and Order as entered, the Court of the Ekklesia herewith acknowledges, affirms and establishes as part of the said Record that the DECLARATION OF THE NAME of STEPHEN PAUL GIBSON, as Exhibit One of the STEPHEN PAUL GIBSON Private Business Trust, is now settled as ONLY the said private business trust and not the STATE OF INDIANA CORPORATION SOLE, UNITED STATES franchise STEPHEN PAUL GIBSON; and

**THE COURT FURTHER ORDERS** that a copy of this signed order be served upon all interested and concerned parties having any business or other claims to the name-in-error STEPHEN PAUL GIBSON, by the Petitioner forthwith, in the sole discretion of the Living Man stephen paul, to establish any and all public notice and/or records as may be required, and that this Court of the Ekklesia approves of this record being made public if and as necessary pursuant to and within the peaceful comity of the respective bodies politic.

---

[4] Superior Court of Lamar County, Georgia, BPA Book 60, Pages 395-465, January 30, 2017, 10:29am

Writ of Entry; Court Order for
Special Name Change, stephen paul House of Gibson
Page 2 of 6

P14

# WRIT OF ENTRY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
DEC 17 2018 AT 10:39 A M
BPA BOOK _____ 92 PAGES 726

DEPUTY CLERK _____

### DEFINITION: WRIT OF ENTRY

**Practice. A writ requiring the sheriff to command the tenant of land that he
render to the demandant the premises in question, or to appear in court on
such a day to show cause why he hath not done so.**

**FINALLY, BE IT HEREWITH KNOWN**, that prior to the Living Man stephen paul entering into the Court of
the Ekklesia this His Court of Record, now having returned from being Lost at Sea ("I was lost but now I am
found"), proving His Life and claiming His lawful ancestral estate and all equitable interests and beneficial rights
thereof, and perfecting the Deed of His Gift of Life by substantiating the Living Word as the Flesh, Blood, Bones
and DNA of His body and thus fully embodying the Landed Estate thereof, there existed a presumption of
occupation of said Life, Estate and Landed Estate by the military occupation of the UNITED STATES and within
said presumption there was established the 1) Landlord - Tenant and 2) Guardian - Ward relationships thereto,
and

**NOW BY THIS WRIT OF ENTRY** and pursuant to the Maxim of Equity stating "Equity Sees as Done that
Which Ought to Be Done" and the Definition of WRIT OF ENTRY as entered herein above, this Court of the
Ekklesia, as the Body of the Congregation and holding ecclesiastical authority as the collective Will of our
Society and Body Politic superior to the inferior commercial/corporate, domestic and federal zone public system
of the UNITED STATES and all corporate sub-divisions thereof (executive, legislative, judicial, administrative),
does herewith Order that the Living Man  stephen paul is now and forever shall be recognized as having returned
to the Land with Full Status, Standing and Capacities thereof, has and holds as His alone His Landed Estate, the
said Living Temple (Flesh, Blood, Bones and DNA) and shall forever be known as stephen paul, and further by
this writ it is ordered that all sheriffs of the Counties and counties, whether by lawful standing or as public actors
in the aforesaid military occupier UNITED STATES, shall command that the tenant in the form of "franchise"
variously known as STEPHEN PAUL GIBSON (inclusive of all orthographic derivations thereof), a sub-division
of the tenant occupier known as UNITED STATES, and the tenant UNITED STATES (and all derivatives
thereof), shall forever be removed from the said Landed Estate and all Land held by Absolute Claim of Right and
Free Hold by stephen paul, and the said sheriffs shall hereby be compelled by this Writ of Entry to remove said
tenants from the premises in question, or failing same are herewith Ordered to Appear in this Court and to Show
Cause why this Writ and Order have not been fulfilled, and failing to have done so, shall be held accountable for
all harm, claims and liabilities resultant from such dereliction of duty therefrom.

NOTICE:  The Law of the Case is inclusive of the Articles of Establishment of the Ecclesiastical Court for
PanTerra D'Oro Private Society and its Ecumenical Court of the Ekklesia[5], including but not limited to the
following:

### Article Three, Rules of Court and the Forum

The Court of The Ekklesia of PanTerra D'Oro shall be guided by the following:

COTE Article Number 1.  This Court shall be defined in conformity with the following accepted definitions:

>    **COURT:** The person and suit of the sovereign: the place where the sovereign sojourns with his regal retinue,
>    wherever that may be.                                              **Black's Law Dictionary, 5th Edition, page 318**

>    **COURT:** An agency of the sovereign created by it directly or indirectly under its authority, consisting of one
>    or more officers, established and maintained for the purpose of hearing and determining issues of law and fact

---

[5] See Full Articles at: http://www.panterrapca.org/foundational-documents/articles-of-establishment-of-the-court-of-the-ekklesia

Writ of Entry, Court Order for
Special Name Change, stephen paul House of Gibson
Page 3 of 6

P15

FILED & RECORDED FLERK'S OFFICE
DEC 17 2018 AT 10:39A M
DEPUTY CLERK

regarding legal rights and alleged violations thereof, and of applying the sanctions of the law, authorized to exercise its powers in the course of law at times and places previously determined by lawful authority. [Isbill v. Stovall, Tex.Civ.App. 92 S.W.2d 1067, 1070; **Black's Law Dictionary, 4th Edition, page 425**

COTE Article Number 7.   The Court by these Articles adopts and shall adhere to the Common law principles of Courts of Record, as follows:

**COURT OF RECORD:** To be a court of record a court must have four characteristics, and may have a fifth.

- **A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it.** [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426].

- **Proceeding according to the course of common law.** [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689][Black's Law Dictionary, 4th Ed., 425, 426].

- **Its acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony.** [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

- **Has power to fine or imprison for contempt.** [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426]

- **Generally possesses a seal.** [3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law Dictionary, 4th Ed., 425, 426].

**FURTHER,** the said UNITED STATES, all corporate subdivisions thereof, and all officers, field soldiers, actors, military personnel, agencies, departments, representatives, agents and plenipotentiaries thereof, shall be bound by its binding codes, statutes and court citations, equally as the Law of the Court herewith, without attachment of jurisdiction, as does pertain to the lawful right of change of name, to wit:

[In re: McUlta, 189 F. 250, 26 A.B.R. 480, (1911), the ruling that even if a civil court has granted permission, by statute, to change a name by petition and decree, **this does not change the common law rule that a man may lawfully change his name "at will"** and will be bound by any contract into which he enters under his adopted or reputed name, and that he may sue and be sued in that name." A **Common law name change carries the same legal weight as a court decreed name change**. In this passage, the use of the wording "at will" is precisely what Common law allows; **no court issued order of name change is required**.]

["Under the common law **a man can change his name at will**, provided it is not done with a fraudulent purpose; he may sue and be sued by such adopted name, and will be bound by any contract into which he enters in his adopted name". United States v. McKay, 2 F.2d 257, (1924).]

[In Jech v. Burch, 466 F.Supp. 714 (1979), the court affirmed their Common law right to choose any name they wished. The court touched upon the morality and constitutionality of this right in stating: "The "Blessings of Liberty" mentioned in the preamble of the Constitution include time honored rights, amenities, privileges, and immunities, among which is autonomous control over the development and expression of one's intellect, interests, tastes, and personality". See: Doe v.

Writ of Entry, Court Order for
Special Name Change. stephen paul House of Gibson
Page 4 of 6

P16

Bolton, 410 U.S. 179, 93 S.Ct. 739, 35 L.Ed.2d 201 (1973) (concurring opinion of Douglas J., at 210-211, 93 S.Ct. 739). The naming process comes within this catalogue of the 'blessings of liberty'.]

[In re: Useldinger 35 Cal.App.2d 723 (1939) reads: "The **common-law right to change one's name has not been abrogated by statute in this state** and such change may be accomplished **without resorting to legal proceedings**, and as sections 1275 to 1279, inclusive, of the Code of Civil Procedure were enacted in affirmation of that right and for the purpose of establishing a change of name as a matter of record. It is pronounced that these **codes were "enacted in affirmation of that (common-law) right**." The **procedural codes are merely for recording purposes**.]

[In re: Marriage of Banks (1974) 42 Cal.App.3d 631 the civil courts also ruled that: "Code Civ. Proc., secs. 1275-1279, were enacted in **affirmation of the common law right of a person to change his name without initiating legal proceedings** and for the purpose of providing for the establishment of a change of name as a matter of record.]

[This makes it even more crystal clear that **changing one's name is actually a matter ONLY of common law**, the common law is the legal name change. The **civil court procedure just makes it recorded, if that person desires it to be recorded**. The federal case of Brooks Bros. V. Brooks Clothing of California (1945) 60 F.Supp. 442 affirms: "It should be added that in California a person may without judicial proceeding, change his name, and acquire property and do business under it." Ray v. American Photo Player Co., 1920, 46 Cal.App.311, 189 P. 130; In re: Useldinger, 1939, 35 Cal.App.2d 723, 96 P.2d. 958.]

[In United States v. Cox, 593 F.2d 46 (6th Cir.1979), the Supreme Court made the final ruling said that "though the passport agency did find proof that the person was using other names but they had no proof of fraud regarding the person's free right to choose, by common law, whatever name they will".]

[We need not decide whether Abdul-Jabbar's proffered reasons for non-use of his birth name would serve to rebut a *prima facie* case of abandonment. Abdul-Jabbar argues that the district court's abandonment ruling substantially burdens his First Amendment right to free exercise of religion. The gist of this argument is that by holding that one loses rights to his given name on adopting a new name for religious purposes, the court puts pressure on a religious believer to "modify his behavior and violate his beliefs." See Frazee v. Illinois Dep't of Employment Sec., 489 U.S. 829, 832, 109 S.Ct. 1514, 1516, 103 L.Ed.2d 914 (1989).]

AND FINALLY, be it herewith known, that stephen paul has never before, or by virtue of these Acts, abandoned His lawful patrimony or living estate, that perforce this Writ of Entry and His Court of Record Judgment and Order explicitly excludes any presumption of abandonment or any and all lawful and equitable rights, title and interests in any and all property previously held by the Executor in Absentia which has now been replaced by a proper securing of the Office of Executor by a General Durable Unlimited Power of Attorney granted and accepted by stephen paul as the Attorney in Fact and Holder of the said Executor Office of STEPHEN PAUL GIBSON, a Decedent ESTATE now in Probate.

**Bracketed Citation References are excluded from the jurisdiction of the
Court of the Ekklesia as well as the Court of Record of stephen paul**

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

Writ of Entry: Court Order for
Special Name Change, stephen paul House of Gibson
Page 5 of 6

p18

LAW COURT SEAL SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE

BPA BOOK _____ 92 ___ PAGES ___ 729
DEPUTY CLERK

## Acceptance and Acknowledgment of the Court

The PanTerra D'Oro Court of the Ekklesia issues and decrees this Writ of Entry, Notice of Court of Record Name Change Order for the Living Man, stephen paul, and does herewith enter it into the permanent archives and records of the Court and Society.

### FOR THE RECORD OF THE COURT

Accepted into the Record of the Court on this
twenty-ninth day of the tenth month in the year two thousand eighteen

With Court Record Number: **COTE . WRIT . 0003 . 0066**

By and For the PanTerra D'Oro Court of the Ekklesia:

*Christopher James*
Clerk of Court`

*dagmar marie*
Justice Number One, Autograph and Seal

*thomas jefferson*
Justice Number Two, Autograph and Seal

*jason bradley*
Justice Number Three, Autograph and Seal

**All appearance, claims or presentments into the said Court of Record by any parties, whether peculiar members of the Society, or non-member parties, with business in this matter, must be under sworn oath or affirmation, must be accompanied by bona fide proofs of claim, and must be submitted to the following locations by electronic or hard copy means:**

Office of the Clerk for PanTerra D'Oro, Court of the Ekklesia
De Jure California unincorporated state of the Union
c/o Mail Agent, 305 North Second Avenue, Suite 197
city Upland, California DMM & ZIP EXEMPT, Near [91786]

Writ of Entry, Court Order for
Special Name Change, stephen paul House of Gibson
Page 6 of 6

P18

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
DEC 17 2018 AT 10:39 4 M
BPA BOOK _____ 92 _____ PAGES 730

DEPUTY CLERK

# EXHIBIT TWO

# WRIT OF PRONUNTIO AND RESTITUTIO

[This space is intentionally left blank]

LANA COUNTY, CA SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE

BPA BOOK _____ 92 ___ PAGES 131





# PanTerra D'Oro

DEPUTY CLERK

### Private Society, Court of the Ekklesia
### Private Contract Association

On the Free, Dry Soil and Land
Nation of the Dejure California



## WRIT of PRONUNTIO and RESTITUTIO
## Nativity and Homestead of the
## Living Beneficiary and Heir of the Estate
## stephen paul

### COURT OF THE EKKLESIA WRIT NUMBER: COTE.WRIT.0003.0067

**Whoever has eyes, let them see! Whoever has ears let them hear! Let all those present and future be Witness to the following memorial and record of events now complete**

## TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETINGS:

**LET IT BE KNOWN TO ALL**, that upon this twenty-ninth day of the tenth month in the year commonly known as two thousand eighteen, the Man, stephen paul, House of Gibson, Living Beneficiary and Heir to the Estate, has by His volitional Will and Acts completed the steps necessary to leave the realm of the dead, to seal that door behind Him, and walk onto and now stand upon the Land of the Living, all such steps, documents, declarations, protocols and procedures being herewith deemed necessary, sufficient and now complete by this Court of the Ekklesia and affirmed by a Jural Body of His Peers, holding the Law as Living Men and Women in Our Private Society, ever cognizant of the jurisprudence of Equity and the Maxims thereof, having thus perfected the Gift of Life endowed to Him by His Creator Source, and holding thereby all true and equitable interests and beneficial rights of the Living Man, now in the resonant embrace of His Beingness, for Himself and for All Life, now and forever; and

**THEREFORE**, let this Writ stand as a Pronouncement of these facts and as the completion of Restitution to His True Nativity into Life, forever bound by His freely given, without reservation, Word, Pledge and Bond, to always protect and preserve the sanctity of All Life, of All Beings, and of All of Existence. Let all who see this know that this Living Man has been washed by the waters of Life and thereby released from the ligatures of this World as a manifest expression of All That Is and thereby cleansed of all trespasses, debts and transgressions of any and all nature and thing, and thus forever unbound and now standing as a truly Sovereign Integral, a complete whole as part of the Larger Whole; and

He is now dwelling within and as the Living Temple of His Landed Estate, His True Homestead, that no man, woman or being, or manmade institution, shall ever again rend asunder or cause Him to lose such standing, as the Living Temple is truly the Gift of Life — inspired, filled and renewed again and again with every breath. He is equally empowered by His Purpose and Intent to hold His Court within His Private Estate and to take it with Him wherever He may sojourn when traveling away therefrom. We herewith pronounce and proclaim that the Record has been and is established and is sealed within the permanent archival records of the PanTerra D'Oro Court of the Ekklesia, a proper Court of Record; and

Writ of Entry, Court Order for
Special Name Change, stephen paul House of Gibson
Page 1 of 3

p 20

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
BPA BOOK _____ 92 _____ PAGES _132_
DEPUTY CLERK



The Living Man, stephen paul, has decreed that His Seal for all purposes He deems just, prudent and useful, shall be as presented to the right of this text:

The Living Man, stephen paul, has decreed that His Coat of Arms (Synergizing Crown, Crest, Heart and Being) for all purposes He deems just, prudent and useful, shall be as presented to the right below His seal:



The Living Man, stephen paul, has decreed that His Flags for all purposes He deems just, prudent and useful, shall be the Flag of PanTerra D'Oro Private Society and the International Flag of Peace of same, as presented herein below, and commits that He shall remain consistent and true to the Principles, Purpose and Intentions of the Society for which the Flags stand and as expressed in the Declaration of Intention of PanTerra D'Oro[1]; and





This Instrument Shall Stand as Our Final Decree and Order and is Forever Sealed as a Record of Our Court of the Ekklesia;

THEREFORE, We Herewith Place our Hands and Seals onto this Sacred Writ and Welcome Our Brother, stephen paul, into Life:

**Acknowledgement, Acceptance and Affirmation by the Living Man:**

_____ *stephen paul* _____

stephen paul, House of Gibson

---

[1] https://www.panterrapca.org/foundational-documents/declaration-of-intention

Writ of Entry, Court Order for
Special Name Change, stephen paul House of Gibson
Page 2 of 3

p 2-1

LAMAR COUNTY, GA, SUPERIOR COURT
DEC 17 2018 AT 10:39 ___ M
BPA BOOK _____ 92 _____ PAGES ___ 133
DEPUTY CLERK

## Acceptance and Acknowledgment of the Court

The PanTerra D'Oro Court of the Ekklesia issues and decrees this Writ of Pronuntio and Restitutio, Nativity and Homestead of the Living Beneficiary and Heir of the Estate, stephen paul, and does herewith enter it into the permanent archives and records of the Court and Society.

\* \* \* \* \* \* \* \* \* \* \* \*

## FOR THE RECORD OF THE COURT

Accepted into the Record of the Court on this
twenty-ninth day of the tenth month in the year two thousand eighteen

With Court Record Number: **COTE.WRIT.0003.0067**

By and For the PanTerra D'Oro Court of the Ekklesia:

*Christopher Lamar*
Clerk of Court

*dagmar marie*
Justice Number One, Autograph and Seal

*thomas jefferson*
Justice Number Two, Autograph and Seal

*jason bradley*
Justice Number Three, Autograph

All appearance, claims or presentments into the said Court of Record by any parties, whether peculiar members of the Society, or non-member parties, with business in this matter, must be under sworn oath or affirmation, must be accompanied by bona fide proofs of claim, and must be submitted to the following locations by electronic or hard copy means:

> Office of the Clerk for PanTerra D'Oro, Court of the Ekklesia
> De Jure California unincorporated state of the Union
> c/o Mail Agent, 305 North Second Avenue, Suite 197
> city Upland, California DMM & ZIP EXEMPT, Near [91786]

Writ of Entry: Court Order for
Special Name Change, stephen paul House of Gibson
Page 3 of 3

p 22

LAMAR COUNTY, GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
DEC 17 2018 AT 10:39 A M
BPA BOOK _____ 92 PAGES 134

DEPUTY CLERK

# EXHIBIT THREE

# COURT OF RECORD, JUDGMENT AND ORDER
### Annex One: Notice of Ecclesiastical Deed Poll

[This space is intentionally left blank]

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERKS OFFICE
DEC 14 2018   10:07 AM
DEPUTY CLERK
BPA BOOK _____ 92 _____ PAGES _____ 735

## Judgment and Order per Court of Record

**COMES NOW** stephen paul, House of Gibson, in this His Court of Record, and by the Petitioner/Living Man, the Court of Record does herewith issue its Order and Judgment, and therewith requests that the PanTerra D'Oro Court of the Ekklesia enter into its permanent record this Order and Judgment, inclusive of the Body of Evidence and accompanying documents held within the private archival records of the Court, pursuant to the Court of Record established within the forum of the Court of the Ekklesia for purposes as therein set forth; and

**FURTHER,** it is so Ordered by the Court of Record that Petitioner's "special name change" is decreed as final, to wit: Special Name Change: "stephen paul", with derivatives thereof, "stephen" or "stephen paul, House of Gibson" or "stephen of the House of Gibson" or "stephen paul of the House of Gibson" or "Gibson, stephen paul", and that such change shall not include the reassignment of any duty, performance, obligation, debt or bonded surety attachment to the Living Man, as may be associated with or to registered organization (INDIVIDUAL) identified as STEPHEN PAUL GIBSON by or through COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA, UNITED STATES, UNITED NATIONS, INTERNATIONAL MONETARY FUND, CROWN/ROYAL REGISTRY, HOLY SEE (and all other COUNTY and STATE corporate sub-divisions of UNITED STATES with which previous commercial or monetary contracts were established by and through the franchise name or any other subordinate or concurrent organization attached or a part thereof), and henceforth STEPHEN PAUL GIBSON shall be corrected and changed to Stephen Paul Gibson in conformity with proper English grammar and in alignment with the personal and privately held beliefs of stephen paul; and

**FURTHERMORE,** be it herewith known that this matter is settled, and the Court recognizes that the Living Man has chosen of His own substantive right to change His name as herein above indicated and upon mutual acknowledgment and acceptance, the PanTerra D'Oro Court of the Ekklesia Acknowledges and Affirms the Acceptance of this Order and the sealing of same within the aforesaid Court of Record by the Living Man stephen paul, House of Gibson.

**Witness my Hand and Seal as my freewill act and deed:**

Ordered By: _____*Stephen paul*_____
stephen paul

### Acceptance and Acknowledgment of the Court

The PanTerra D'Oro Court of the Ekklesia hereby accepts and acknowledges this Order per the Court of Record of the Living Man stephen paul of the House of Gibson with the Court Record Number as entered herein below.

FOR THE RECORD OF THE COURT
Accepted into the Record of the Court on this
twenty-ninth day tenth month in the year two thousand eighteen

With Court Record Number: **COTE.COR.0003.0005.01**
By and For the PanTerra D'Oro Court of the Ekklesia:

*Christopher Lamar*
Clerk of Court

*dagmar marie*
Justice Number One, Autograph and Seal

*thomas jefferson*
Justice Number Two, Autograph

*jason bradley*
Justice Number Three, Autograph

Final Judgment and Order per Court of Record, for
stephen paul House of Gibson
Page 1 of 4

p 24

LAMAR COUNTY, GA, SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
BP A BOOK    92   PAGE   78
DEPUTY CLERK

# ATTESTATION OF NOTARY AND ADMINISTERING OF OATH

I, Jones, geraldine margaret the below subscribed Notary in and for the PanTerra D'Oro Court of the Ekklesia, do solemnly attest that I administered an Oath to the Living Man of the House of Gibson, known as stephen paul, who swore to the veracity and validity of this **Order and Judgment as entered into His Court of Record**, that He did so of His own freewill act and volitional deed, and that I personally administered His Oath affirming His execution of same with original wet ink autograph and seal as entered above. Be it further known by these presents that I, as Witness for the herein matter, on this fourth day of the ninth month in the year two thousand eighteen, am a third party and not a party to the matter. As Witness in this matter I am acting for the purpose of taking and administering the oath of the Living Man as stated and of sealing same into the record of the Court of the Ekklesia.

*geraldine margaret*
(Affirmed on the date as set forth herein

"Indeed, no more than such affidavits are necessary to make the prima facie case."

PanTerra D'Oro Court of the Ekklesia   )
                               )    Sworn and Subscribed **JURAT**
                               )

Subscribed and sworn to (or Affirmed) before me on this fourth day of the ninth month in the year two thousand eighteen, by the Living Man of the House of Gibson known as stephen paul, known to me and confirmed to be with standing in the Rolls of the Court as an active member of the PanTerra D'Oro Private Society and Private Contract Association.

*geraldine margaret*
Court of the Ekklesia Notary #  47



Final Judgment and Order per Court of Record, for
stephen paul House of Gibson
Page 2 of 4

P 25

LAMAR COUNTY, GA. SUPERIOR COURT

DEC 17 2018 AT 10:33 M
BPA BOOK _____92____ PAGE 73
DEPUTY CLERK

# ANNEX ONE

## NOTICE OF ECCLESIASTICAL DEED POLL

Pursuant to the above entry of Judgment and Order per Court of Record, the public is herewith noticed by this Notice of Ecclesiastical Deed Poll, annexed and made a part thereof by inclusion, that stephen paul has issued his personal and private Ecclesiastical Deed Poll and has entered it into the permanent archival record system of the PanTerra D'Oro Court of the Ekklesia. It shall remain private and not accept any public registered mark or recording system document number so as to maintain the private and ecclesiastical purity of the Ecclesiastical Deed Poll. Notice is provided pursuant to the following instructions to Public Actors that in the future may be occasioned to receive My Ecclesiastical Deed Poll for private purposes.

## ADDENDUM TO ECCLESIASTICAL DEED POLL
### INSTRUCTIONS TO PUBLIC ACTORS

1.  The PanTerra D'Oro Private Society (henceforth "Society") holds and retains absolute Protections and Immunities pursuant to the accepted Offer of Peace Treaty and Cessation of Hostilities By and Between the Society and the Roman Curia & Holy See[1]; and

2.  The Member of the Society issuing this Deed Poll and all relevant and inclusive Instruments of Status supportive thereto is Sealed under said Protections and Immunities; and

3.  Said Member has issued His or Her own Declaration of Peace and proceeds under the auspices, authorities, protections and immunities thereof; and

4.  An Ecclesiastical Deed Poll is a valid form of Deed Poll and therefore a Deed and Contract whereby a True Living Being first expresses, affirms and conveys certain rights to another party who is then lawfully bound to same upon proof of receipt; and

5.  This Deed Poll when attached to any public instrument of charge, bill or impairment is a mandatory Notice and Demand for performance that is binding on all recipients who are entrusted thereby to execute said mandatory performance(s); and

6.  An Ecclesiastical Deed Poll is different from a standard Deed Poll. When issued by a True Living Being it invokes His or Her Divine Rights and conveys said Deed Poll on Robin-egg blue paper and Sealed with His or Her Living Seal (thumbprint in red ink signifying blood) to a juridical PERSON or PERSONS (Roman field officer, foot solider, or slave) acting in the public who has sought to usurp or abrogate said rights, which thereby establishes Notice and Demand for performance that is binding on said PERSON or PERSONS; and

7.  An Ecclesiastical Deed Poll is issued when an inferior PERSON acting pursuant to inferior Roman Civil Codes rejects the Rule of Law and seeks to assert an untenable and illogical position of superior rights over Divine and Universal Law, which cannot stand in the presence of this superior and mandatory order for performance; and

8.  Only a True Living Being may issue an Ecclesiastical Deed Poll; and

9.  By definition a True Living Being is one who has removed the false overlay - juridical and fictional character with the presumption of civil death - from his Landed Estate, the Living Body of Spiritual Nature; and

10. By definition, an inferior Roman PERSON has no authority to issue an Ecclesiastical Deed Poll; and

11. An Ecclesiastical Deed Poll must always be on Robin-egg blue paper in recognition and respect of its status as a Sacred Notice with the full authority adhered thereto by the Seal of the PanTerra D'Oro Court of the Ekklesia, a Court of Living Beings standing on the Land and together as the Ekklesia, holding the full embrace of Life - Standing together as Our Noble Expression - an eternal and sovereign Ecclesiastical Body Politic, a True Body and Congregation; and

12. A valid Ecclesiastical Deed Poll is always be sealed by a Living Being in a manner that demonstrates one's Standing in Life. This is achieved by a thumbprint sealed in red ink. As a matter of private law and our moral conscience, we eschew the archaic form of requiring blood to seal the Ecclesiastical Deed Poll as it is part of the Cult of Death and blood rituals of the age now passing. We, all Members of the Society who have by Will, Purpose and Intent as Volitional Acts and Deeds, to correct the status of false presumptions, have claimed our Landed Estate, defined as the entirety of our Living Flesh, Blood, Bones and DNA. We have issued as part of our Declaration of Status our Paramount Claim of the genetic ancestral lineage that we now embody in the Landed Estate as our corporeal form. The Seal of Life that we place onto the Ecclesiastical Deed Poll over the imprint of our personal Seal establishes that

---

[1] https://www.panterrapca.org/public-notices/world-administrative-bodies/notice-to-the-holy-see

Final Judgment and Order per Court of Record, for
stephen paul House of Gibson
Page 3 of 4

p 26

our Ecclesiastical Deed Poll proves our superior authority and standing. Such Status and Standing establishes our Capacity and Authority to fully negate the presumption of consent into the public Roman Law and civil system of admiralty controlled bankruptcy, bonded debt suretyship and military occupation. The Living Being is a non-combatant, non-enemy, non-belligerent and non-bankrupt and Stands on the Land upon and within His or Her private estate, now and forever; and

13. The Paramount Claimant of Life breathes Life into His or Her Ecclesiastical Deed Poll. This is an Act and Deed of the One holding True Ownership of His or Her Landed Estate, pursuant to His or Her Authentic Declaration of Inter Vivos Trust that is held in the permanent archival record system of the PanTerra D'Oro Court of the Ekklesia. This is a matter of not only temporal equity and standing, but of Eternal Truths pursuant to Planetary, Solar, Galactic, Universal and Cosmic consciousness, awareness and Eternal Life and the unending Equitable Rights of Life. The said True Beneficiary has and holds paramount standing as the Sole and Living Beneficiary and Heir to the Estate; and

14. There is no evidence to contravene or contradict these facts and no lesser and inferior Roman Law system of obfuscation can stand in the light of such truth that exposes the fraud and error of the continued existence of any Cestui Que Trust, Cestui Que Vie estate under foreign powers, or presumptive Oaths of Fealty that bind to a lesser jurisdiction that imputes a trust in assuming the body as "dead". All fictions of the Realm of the Dead and Cult of Death are denied existence and are now and forever null and void; and

15. The infusing of the Life Force onto the paper breathes Life into the Ecclesiastical Deed Poll, creating an instrument superior in standing than even an inferior Roman Papal Bull. Therefore, if the document is dishonored, then all documents ever issued by any society under Roman Law must also by definition be null and void; and

16. The placement of the Living Seal in this manner perfects an unbreakable seal of an unbreakable deed and contract. Therefore, any inferior Roman court that usurps it openly admits that contract law under inferior Roman law no longer exists; and

17. When an Ecclesiastical Deed Poll is issued, it is under the Supreme Law of the PanTerra D'Oro Court of the Ekklesia with the full authority of the Divine Creational Source of Life, the Curia Divina; and

18. Hence the term Per Curiam Divina is always included to make clear to the inferior Roman persons and courts the absolute authority of the instrument; and

19. While a True Living Being issues an Ecclesiastical Deed Poll, it is ultimately a Divine Notice of Protest and Dishonor from the Divine Source of all Life and Creation. The dishonor of an Ecclesiastical Deed Poll is the most grievous injury of the law and blasphemy to all known to be Divine; and

20. When an Ecclesiastical Deed Poll is dishonored by a representative of Roman law, Sharia law or Talmudic law, it is public notice by all officials of those religions and systems that they do not believe in the Divine and that all their law is by definition null and void; and

21. When a Roman slave under inferior Roman law repudiates a valid Ecclesiastical Deed Poll then by definition all acts undertaken with the assumed authority of the Roman Rota by any clerk, public notary, protonotary, prothonotary, plenipotentiary or minister are null and void, including and not limited to any warrants, summons, orders, judgments or decrees; and

22. An Ecclesiastical Deed Poll must always be glued to the reverse side of a copy of the first page of any notice, demand, court order, judgment, bill or summons sent by any inferior Roman tribunal, court, department, officer, office, agent, agency, representative, and returned thereto along with the private equitable instrument of settlement or lawful money consideration tender, directed to the named trustee and/or custodian assigned the fiduciary duty for settlement, extinguishment and closure; and

23. No date or time is to be written onto an Ecclesiastical Deed Poll as it is issued as an Eternal Writ by Creative Source, ab initio, from the beginning; and

24. No signature on an Ecclesiastical Deed Poll is permitted by the True Living Being as a signature is a sign of a Roman slave. If a signature is included by the True Living Being by mistake, it shall have no material effect; and

25. No registration, sticker or mark is permitted to be pasted onto the Ecclesiastical Deed Poll. Proof of delivery is sufficient for the Deed to be validly executed. Proof of service by a Living Being Member of the PanTerra D'Oro Private Society shall be deemed sufficient when made part of the private system of presentment with accompanying Verification for Proof of Service ("VPS") archival record number of the Court of the Ekklesia.

Final Judgment and Order per Court of Record, for
stephen paul House of Gibson
Page 4 of 4

p 27

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
DEC 17 2018 AT 10:39 A M
BPA BOOK 92 PAGES 139
DEPUTY CLERK

# EXHIBIT FOUR

## DECLARATION OF ELECTION
## TREATY OF PEACE

[This space is intentionally left blank]

p 28

J... BOOK  2017    PAGES ...

... AR COUNTY, GA. SUPERIOR COUR
FILED & RECORDED IN CLERK'S OFFICE
DEC 17 2018 AT    10:39 ...
BP BOOK _____ 92 _____ PAGES 74...
DEPUTY CLERK

  

# Archetype Act of State:
# Declaration of Election and Treaty of Peace

*All footnotes are annexed into the corpus of this document.*

TO:  HOLY SEE, UNITED NATIONS, THE CROWN CORPORATION, UNITED STATES, and all subordinate corporate subdivisions and municipalities thereof, and all officers, agents, representatives, employees, and assigns thereof, collectively RESPONDENTS

To all to whom these Presents shall come, Greeting:

LET IT HEREWITH BE KNOWN that I, the Living Man called stephen paul, House of Gibson, Declarant herein (henceforth "Declarant"), do herewith present this Declaration of Election and Treaty of Peace as My firm and absolute Archetype Act of State and Claim of Right of Self-Determination, Declaration of Election and Professed Treaty of Peace. Declarant is of sound mind and body, of majority age, and proceeding with special purpose and clear intent, proceeding at all times in good faith and with clean hands, standing firmly on the Land of My Private Estate in Full Standing and in all affairs, at peace with all beings and all institutions, with the good conscience, good reason and perfection of Equity Jurisprudence, and I do herewith declare, affirm, and express by this, My Free Will Volitional Act, Sealed by My Hand and Private Seal, the following essential facts stated under oath and affirmation; further, in this Archetype Act of State, being fully competent and aware, do herewith make this Declaration of Election and Treaty of Peace based on first-hand and direct knowledge and affirm that all is done as true, correct, complete and certain; and make Oath and Affirmation as follows:

**WHEREAS,** Declarant is in excellent standing within the PanTerra D'Oro Private Society[1] and thusly under Its Protections and Immunities as it is an Ecclesiastical Body Politic—noticed, accepted, affirmed and recognized—having established a Treaty of Peace with the Holy See[2] and all subordinate instrumentalities annexed thereto, inclusive with a declared Cessation of Hostilities of all character/nature/form/substance, and having recognizance of Intentions and Activities that are siphoning resources from Life-affirming activities—**that Peace is paramount and cannot be compromised, mitigated, abrogated or in any way characterized as non-essential to Life, it is in fact the full Essence and Expression of Life in its fullest extent and intent**; in certainty, I state and affirm that One must stand for Peace as a contributing presence and part of a planetary imperative for our very collective survival, and I have thus absolutely withdrawn Myself from any and all fields of battle, within and without, and adhere to the admonition to cease from use of machines and machinations of war ("They will hammer their swords into plowshares and their spears into pruning hooks. Nation will no longer fight against nation, nor train for war anymore." *Isaiah 2:4*), to which I wholeheartedly commit Myself without reservation and in the fullness of My Being; and

**FURTHER,** in accordance with the self-evident truth as set forth in The unanimous Declaration of the thirteen united States of America (also known as and hereinafter the "Declaration of

---

[1]  http://www.panterrapca.org/

[2]  http://www.panterrapca.org/public-notice/world-administrative-bodies/notice-to-the-holy-see

JAN 17 2018
BPA BOOK ___ 69 ___ PAGES 742

MAR COUNTY, GA. SUPERIOR COUR
FILED & RECORDED IN CLERK'S OFFIC
DEC 17 2018 AT 10:39
BOOK ___ 92 ___ PAGES 741
DEPUTY CLERK

Independence") of 1776, that "...all men are created equal..." with said Declaration of
Independence incorporated herein as if fully re-stated by this reference, I formally affirm,
commit and declare that I shall cease from waging war of any kind — physically, mentally,
spiritually — against any being, life system, fictional entity, STATE, State or state or institution
of any kind, including but not limited to the subtle field of battle of commerce — holding forth
that the creation of public debt has been surreptitiously characterized as a belligerent act of an
enemy combatant into which a Living Being is surreptitiously forced to surrender to and accept
the reduced state of bonded surety to a bankrupt fiction-in-law franchise, all of which has been
by error, mistake and ignorance, now being corrected; only thus, henceforth, to the best of My
ability and with full Purpose and Intent, do I commit to only engage in Peaceful Pursuits to
produce Peaceful Ends, and in the event that a mistake, error or otherwise inadvertent
consequence has been engaged, produced or manifested, I shall endeavor with alacrity to correct
such errors and mistakes forthwith and hereby formally extend assistance and healing care to all
states and beings in pursuance of this same purpose, intent and goal; and

**WHEREAS**, this Archetype Act of State: Declaration of Election and Treaty of Peace —
hereinafter "Declaration" — is effective from the date of execution of this Declaration and *ab
initio* and *nunc pro tunc* to April 12, 1959 C.E., the date of My Natural Nativity — My live
emergence into this Life — and therefore with awareness in alignment with the herein expressed
purpose and intent do forgive Myself for all previous acts of battle, war, and belligerence and by
such forgiveness do wash Myself for having "missed the mark" and am thus exonerated and
absolved thereby; and

**WHEREAS**, from the date this Declaration is chronicled — evidenced in the public — by the
Doctrine of Safe Harbor, Safe Passage and Hospitality that is unconditionally binding on the
corporate United States and all subordinate divisions, officers, representatives, actors and
agencies thereof, I am entitled to the protections afforded to Myself by absolute Claim of Right
as a non-belligerent, non-combatant, non-enemy, non-bankrupt peaceful Living Being Dwelling
in Exclusive Equity on the Land *de jure* California unincorporated state of the Union, as well as
anywhere I choose to sojourn upon this Earth and beyond; and

**WHEREAS**, it shall be the duty of the Commander-in-Chief of the UNITED STATES, the
occupying military force now in occupation of the territory, country and Men and Women of The
United States of America, inclusive of all his or her Officers, Field Soldiers, Agents,
Representatives and other functionaries, to abolish the extension of power of martial law,
including all martial/civil/commercial/corporate judicial and administrative procedures under
Emergency War Proceedings (also known as Lieber Code, Trading with the Enemy Act and the
Emergency Banking Relief Act) against Myself, a declared Private American National, non-
bankrupt, non-surety to the public debt military scrip system, formerly inherent to the occupation
against the legal person (*ens legis*) stylized as STEPHEN PAUL GIBSON, now restated as an
Unincorporated Private Business Trust, and must discharge said duty in accordance with this
Archetype Act of State: Declaration of Election and Treaty of Peace in good faith in pursuance
of, and reliance upon your Articles 2, 38, and 40 of General Orders No. 100, Articles 46, 55 and
56 of the Treaty at the Hague 1907 and the Nuremberg Principles, with full concomitant
settlement of attached claims and liabilities that are now or shall forthwith be fully settled and
extinguished by the return of all property to the United States to bind the public to its mandatory
obligation of Discharge and Acquittance pursuant to your 12 USC 95a(2), as the codified statute,
implementing regulations and Federal Register registration per the Trading With the Enemy Act,
enacted October 6, 1917, as amended March 9, 1933; and

**LET IT BE KNOWN**, that I, stephen paul, herewith give actual and constructive notice to ANY
and ALL officers, soldiers, agents and representatives of any government of this Declared Pledge
of Peace and Good Faith regarding any and all agreements entered into during the war, or
supposed attachment to the former status of enemy belligerent by the modern law of war under
which the UNITED STATES currently operates (see Declaration of Status, Brief in Support and
all Exhibits annexed thereto to which this instant Declaration is annexed by reference), all

inclusively, and that ANY declaration, instruction, opinion, order, or decision of any officers, soldiers, agents and representatives of any government, which denies, restricts, impairs, or questions this Declaration or denies the support, maintenance, education and medical care that are incumbent upon all such pursuant to the supremacy clause of the United States Constitution, to which all such have sworn binding oaths, making the mandatory obligations for the fulfillment of the Duties of Usufruct per your Article 55, Hague at Convention, 1907, mandatory and obligatory there upon, pursuant to which this Declaration has been issued and any acts to the contrary shall be inconsistent with the fundamental principles of the usufruct as set forth in your Articles 43 and 55 of Hague per 1907, as well as all other fundamental principals and laws binding thereto; and finally

**LET IT BE KNOWN**, that this Declaration and true and correct copies thereof, shall be valid as an Authentic Archetype Act of State declared before the Whole World and any Realm; and

Further, I, Declarant sayeth naught,

stephen paul, Inter Vivos, Cestui Que V
Californian, Private American National, Living B                    on the
Land county San Bernardino *de jure* California, unincorporated state of the Union
Specially and Privately Standing in Exclusive Equity and
Holding Priority Agency for STEPHEN PAUL GIBSON Private Business Trust

*Expressly Reserving All Natural Liberties and*
*All Intrinsic Rights,* **Without Recourse**

**Witnesses**
*(2 Cor. 13:1) By the mouth of two or three witnesses shall every word be established*
*(Deuteronomy 19:15) On the evidence of two or three witnesses a matter shall be confirmed*

Witness One, Autograph and Seal          Witness Two, Autograph and Seal

daniel  lynn
Witness One, Given Name          Witness Two, Given Name

EXHIBIT 4; Page 3 of 3

p31

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Stephen Paul Gibson   (675)779-0684
c/o SPG Utility Trust
305 N. 2nd Ave., Suite 198
Upland, California Dmm & ZIP Exempt
near [91786]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

U.S. Bank, NATIONAL ASSOCIATION AS
LEGAL TITLE TRUSTEE FOR TRUMAN
2016 SC6 TITLE TRUST          PLAINTIFF(S).

V.

STEPHEN PAUL GIBSON, KENNETH
COUSENS, JASON BRADLEY POWERS,
JERRY BERNEATHY and DOES 1-10

DEFENDANT(S).

CASE NUMBER

ED CV18-02668 SJO (KKx)

### PROOF OF SERVICE - ACKNOWLEDGMENT
### OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, ~~employed~~ del dwelling in the County of
San Bernardino _____, State of California, and not a
party to the above-entitled cause. On __January 29__, 20 _19_, I served a true copy of
_Mandatory Judicial Notice: Warrant for Jurisdiction, Notice of Writ of Entry_
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by
depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:
(list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Upland Main Post office__
Executed on __January 29__, 20 _19_ at __Upland__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of
California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the
service was made.
☑ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Signature of Person Making Service_

### ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
*Signature*                          *Party Served*