STEPHEN PAUL GIBSON, ESTATE

By: stephen paul, House of Gibson
Private Civilian, Californian, American National
Private Living Beneficiary
Standing *in allodium* in Exclusive Equity
On the land county San Bernardino
*de jure* California state of the Union

c/o SPG Utility Trust
305 N. 2nd Avenue, #198
Upland, California
DMM & ZIP Exempt, near [91786]
575-779-0684

FILED

2019 JAN 29 AM 11: 40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

The United States of America         )
California state of the Union         ) s.a.
San Bernardino county                  )

## UNITED STATES DISTRICT COURT
## CALIFORNIA CENTRAL DISTRICT, EASTERN DIVISION

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST<br><br>**Plaintiff(s)**<br>Vs.<br><br>KENNETH COUSENS; JASON BRADLEY POWERS; JERRY BERNEATHY; STEPHEN PAUL GIBSON and DOES 1-10, inclusive<br><br>**Defendant(s)** | CASE NO. 5:18-cv—02668-SJO-KK<br><br>**MANDATORY JUDICIAL NOTICE**<br><br>1. Notice of Sacred Trust<br>2. Non-Waiver of Rights<br>3. Declaration of Mode of Proceeding<br><br>**Verified** |

| | |
|---|---|
| stephen paul, House of Gibson<br>Real Party in Interest and<br>Third Party Intervener by<br>Special, Private and Restricted<br>Ministerial Visitation<br><br>Holding priority claim, and equitable Interests as Real Party in Interest and Heir to the ESTATE | Jurisdiction Protected by your Constitution for the United States of America, Article III, Section 2, Clause 1; and My Exclusive Equity Proceeding Governed by Maxims of English-American Equity<br><br> |

# MANDATORY JUDICIAL NOTICE
# NOTICE FOR THE COURT AND ALL PARTIES

In Witness Hereof:

1. Notice of Sacred Trust
2. Non-Waiver of Rights
3. Declaration of Mode of Proceeding

**Notice of Sacred Trust**

This is a Notice of Sacred Trust that commands all in the public to take mandatory judicial notice. The following is testimony of a Sacred Trust in this matter, an arrangement between the living man, stephen paul (henceforth "Grantee" or "Real Party in Interest" or "Private Civilian") and his Higher Principle (without Name or Moniker) as Divine Grantor (henceforth "Grantor"). Said Trust is a matter of private law based on personally held beliefs and private conscience. Real Party in Interest is holding absolute and adjudicated Equity of Redemption Rights in this matter. Grantee is a natural Heir to the Estate and

Living Beneficiary, and co-heir and co-beneficiary of Equitable Interests as further described below, with Beneficial Rights and Unalienable Claim of Right, all by private contract. There are multiple trusts in this matter that cannot be seen in the public.

A Claim of Right and Free Hold of the Land exists that cannot be abrogated or substituted for by inferior public titles or claims. Said Land is held in Sacred Trust (henceforth "Trust") and has been perfected in both the public and private. All parties of interest have received due notice without response, details of which shall be entered onto the record by Amicus Brief of the co-beneficiary. By equitable nature of the Trust the Land is held by divine claim and grant. The nature, intent and purpose of the Trust is for Grantee to benefit from an experience of all sacred gifts so graciously granted, and to faithfully and sufficiently steward them.

Said Land in Trust fills the Living Being, Man, with bearing of the good reason and good conscience of Equity, possessing full exclusive equitable judicial power by nature. I hereby expressly acknowledge and accept in perpetuity all sacred blessings so graciously gifted by Grantor, and the benefit of Sacred usufruct being held in absolute Claim of Right. This Grant of Trust is a sacred covenant and is binding upon the Living Being who makes solemn and sacred oath to serve as a good example to others and to help make the cosmos a better experience for all of Grantor's creation.

There is no evidence on the record that any other party (corporate, person, living being, or manmade court or institution) has made a claim on the Land and therefore there is no other prior, superior or equal claim with standing upon which this court can act. Any act or derivative in doing so would create a grievous tort against the Grantor and the sanctity of the Trust and the unalienable Claim of Right and Free Hold on the Land, equal to committing acts of war on the Constitution and the Peace. I, stephen paul, Living Being, A Man, am at peace with the United States and neutral in the public and retain all rights and liberties standing on My private estate.

**Non-Waiver of Rights**

Real Party in Interest does not waive any rights, preserving and protecting all Natural Rights and Intrinsic Liberties, including the rights inherent in the cognizance of equitable interests and beneficial rights wherein when the rules of Law and Equity are in conflict, Equity prevails. This is inclusive of my absolute right to private civilian due process. See below Declaration of Mode of Proceeding and accompanying Conflict and Variance in Law.

# DECLARATION OF MODE OF PROCEEDING

This is actual and constructive notice that it is hereby declared ("Declaration") by stephen paul, a Private Civilian who stands on his private estate as a non-military birthright native Indianan national, egressed therefrom and ingressed[1] on the California state of the Union as his choice of private estate, fully outside of Territorial jurisdiction and without the District of Columbia[2]. Real Party in Interest is not a district citizen but rather a non-territorial civilian national of California (Private Civilian, Californian).

This mode of proceeding explicitly excludes any martial due process as a general public mode of jurisdiction that depends on delegated authority from Congress via Emergency Powers (War and Banking) upon which the ongoing administration of the federal bankruptcy has operated since March 9, 1933.  Real Party in Interest is not subject to such public modes as he has separated from all surety and trustee attachments thereto and has perfected his private status and standing.  Thus this proceeding shall be of a purely civilian judicially powered nature, unconnected to the U.S. Congress, in accordance with the soul, intent and spirit of original and exclusive organic state and federal constitutional jurisdiction and within the meaning of Article III of the Constitution for the United States of America (circa 1789)[3] and of the Constitution for the California Republic state of the Union (circa 1849) and said proceeding shall be clothed with judicial power secured and protected by the federal Constitution at Article 3, Section 2, Subsection 1.

---

[1] United States v. Wheeler, 254 U.S.281 (1920)
[2] National Mut. Ins.Co. v. Tidewater Transfer Co., Inc., 337 U.S. 582 (1949)
[3] Located under authority of the supreme court of the United States office of the clerk said constitution located in General Records of the United States Government National Archives Under Custodial Control and Care of the National Archives, found at 360.3.6. Founding documents. 11.2 THE CONSTITUTION AND AMENDMENTS. 1787-1992. The National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 201740-6001, herein included by reference

Private Civilian, in keeping with the good reason and good conscience of Equity, invokes as the foundation of this proceeding the twenty primary Maxims of Equity (see Points and Authorities), and does herewith declare that any "legal" proceeding **must be without** the modes and usages of, and to the express exclusion of, military, commercial, municipal, territorial, District of Columbia or foreign modes of proceeding in the execution of fundamental due process and judicial power, to avoid acquiring jurisdiction over Private Civilian and/or his property or equitable interests and beneficial rights by such modes.  I, stephen paul, do not accept jurisdiction of said military modes, inclusive of all derivative forms as described above.

This specifically excludes "single mode of action" (Federal Rules of Civil Procedure) as civil process (for admiralty controlled bankruptcy proceedings) as Private Civilian is not a bankrupt, as well as all emergency banking and war powers as Private Civilian is excluded therefrom as he is not an enemy of the United States, nor is he a belligerent or enemy combatant.  Private Civilian has issued and made a part of the perfected public record his explicit Declaration of Peace and is at peace with the United States and neutral in the public.

All modes of proceedings and modes of acquiring jurisdiction over or against or applied to Private Civilian or his property which are in nature or characteristic military, commercial, municipal, or territorial within the meaning of powers arising from Article I or IV of the federal Constitution, or foreign modes without the civilian judicial power of Article III of the Constitution for the United States of America, are declared to be unconstitutional, that arise as a void, harmful, damaging, and potentially treasonous mode of process and procedure.

For the purpose of protecting and preserving unalienable birthrights and balancing the inherent equities between the parties Private Civilian as the Real Party in Interest herein does now declare a collateral attachment, actually and constructively, to the Plaintiff named U.S. Bank, National Association and any & all of its assignee(s), beneficiaries, legal representatives and all previous claimants (henceforth collectively "Co-Conspirators") who have been consistently informed of the nature of the pre-judicial proceedings in this matter and all are now collaterally enjoined by acts of collusion, conspiracy and other malfeasant acts against Real Party in Interest and other private parties.  Such pre-judicial proceedings have cleared, settled, extinguished and closed all of the co-conspirator's (claimants) equitable interests with an over abundance of

equitable substance and yet they continue an onslaught of attempted "double dipping" that is tantamount to attempted land piracy with the instant case.

This collateral attachment is inclusive of Docket # [UDF51807601 - Superior Court of California, County of San Bernardino] and this proceeding as "collateral" security in the form of un-liquidated interests and trust *res*, flowing to stephen paul and the unnamed private beneficiary holding superior equitable standing in the matter as equitable lien holders, with assigned rights, titles and interests beginning from the original mortgagor in a proper chain of assignment, transfer and claim. Real Party in Interest hereby establishes collateral and equitable claim upon all Co-Conspirators' property, including, but not limited to: all charters, sureties, and property during the life of the proceedings until which time as the effectuation of equitable settlement and extinguishment or expungement from Public record of this case. Fundamentally, such attachment is a matter of private trust relations and equities that cannot be seen in the public (see Conflict and Variance of Law as separate filing) due to the inherent legal disability of Real Party in Interest and other privately interested parties. Said collateral claim stands as trust *res* held by the accounting title known as 1787 N. WILSON AVENUE TRUST, Private Trust Number RE931493971US.008.

The nature of the above collateral security attachment is subject to impoundment with the receiver of the court and is hereby expressed in the nature of an equitable mortgage by right of subrogation due to the above referenced settlements, placing Real Party in Interest (with assigned rights, title and interests) as Subrogee with right of mortgage against the creditors who are purporting claims in this matter. This establishes Real Party in Interest as mortgagee, and Plaintiff, along with co-conspirators, as principal debtors, and shall be treated as such to be foreclosed upon in the event of any loss of property or rights secured and protected as herein enumerated. This shall include any and all persons who attempt to proceed against Private Civilian, all of which are void by operation of actual and constructive notice by this Declaration. Additionally, Real Party in Interest shall require written guarantee from this court of his guaranteed right of subrogation in this matter and case.

Real Party in Interest holds within the private records of the trust abundant and comprehensive documentation to support all claims and declarations herein as applies to private trust (pre-

judicial and non-judicial) proceedings, private trust relations, and custodial duties fully accepted without disclaimer by trustees thereof. This includes public officers at the county, state and national levels. All such evidence cannot be seen in the public and must be seen in private *in camera* review to protect the integrity of said trust interests.

NOW THEREFORE, I, stephen paul, Private Civilian, Californian, by virtue of the inherent authority vested in me by my Creator by which un-enumerated rights are secured and protected by the Constitution and the laws of the United States of America (pre-March 9, 1933), do hereby declare as affirmed **by Presidential Decree on January 20, 2017**[4], to be secured and protected by my Private Civilian Mode of Proceeding against all other modes.

In the Presence of all that is Sacred and Held Pure in Universal Law and Equity, In Witness Whereof, I hereunto set My Hand and Seal this twenty-eighth day of the first month in the year known as two thousand nineteen, as Heir to the Estate and Living Beneficiary, and of the independence of the Sovereign unincorporated Union country of The United States of America now in its two hundred and forty-second year of independence, done on San Bernardino county, California state of the Union, standing exclusively on the Land in Equity and within My non-military occupied private estate, without congressional Territorial or District of Columbia, upon the Free Dry Soil thereof, to wit:

Private Witness ___*jason bradley*___ date 1/28/2019

Private Witness ___*kenneth scott*___ date 1/28/2019

Private Civilian, Declarant ___*stephen paul*___
stephen paul

## VERIFICATION

I, stephen paul, make oath or affirmation under the Law of God and the Maxims of Equity that every fact set forth herein is true to the best of my knowledge, understanding and experience.

___*stephen paul*___
stephen paul

---

[4] "What truly matters is not what party controls our government but that this government is controlled by the people. Today, January 20 2017, will be remembered as the day the people became the rulers of this nation again" and "We assembled here today are issuing a new decree..."

| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Stephen Paul Gibson,  (575) 779-0684<br>c/o SPG Utility Trust<br>305 N. 2nd Ave., #198<br>Upland, California DMM's ZIP Exempt<br>near [91786] | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| US BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST   PLAINTIFF(S), | CASE NUMBER<br>ED CV18-02668 (SJO KKx) |
|---|---|
| v.<br>STEPHEN PAUL GIBSON, KENNETH COUSENS, JASON BRADLEY POWERS, JERRY BERNEATHY and DOES 1-10<br>DEFENDANT(S). | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, ~~employed~~ dwelling in the County of San Bernardino, State of California, and not a party to the above-entitled cause. On January 29, 2019, I served a true copy of Mandatory Judicial Notice: Notice of Sacred Trust, Non-Waiver of Rights, Declaration of Mode of Proceeding by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Upland Main Post Office
Executed on January 29, 2019 at Upland, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Jason Powers_
Signature of Person Making Service

### ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
Signature                                                Party Served

CV-40 (01/00)         PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE