NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Stephen Paul Gibson     575-779-0684
c/o SPG Utility Trust
305 N. 2nd Ave., #198
Upland, California DMM & ZIP Exempt, near [91786]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST       PLAINTIFF(S), v. STEPHEN PAUL GIBSON, KENNETH COUSENS, JASON BRADLEY POWERS, JERRY BERNEATHY and DOES 1-10       DEFENDANT(S). | CASE NUMBER ED CV18-02668 SJO (KKx) PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |

I, the undersigned, certify and declare that I am over the age of 18 years, ~~employed~~ dwelling in the County of San Bernardino_____, State of California, and not a party to the above-entitled cause. On December 28_____, 20 18_____, I served a true copy of Notice of Filing and Notice of Removal of Superior Court San Bernardino County, Fontana Division Case # UD FS1807601_____ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Upland main post office_____
Executed on December 28_____, 20 18_____ at Upland_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____Geraldine Jones_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____            _____
Signature                          Party Served

CV-40 (01/00)           PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

**Service to:**

**La Porte Law**
**Donna L. La Porte**
**2030 Main Street, Suite 1300**
**Irvine, CA 92614**
**949-230-7858**