

**United States District Court**
Central District of California
**Office of the Clerk**

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 19, 2019

  San Bernardino County Superior Court
  17780 Arrow Blvd.
  Fontana, CA 92335

Re:  Case Number: _____5:18–cv–02668–SJO–KK_____
     Previously Superior Court Case No. _____UD FS 1807601_____
     Case Name: _____U.S. Bank, National Association v. Kenneth Cousens et al_____

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on _____3/19/19_____, the above–referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: _/s/ Linda Chai_
    Deputy Clerk
    Linda_Chai@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

===================================================================

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

By: _____
_____     Deputy Clerk
Date

CV–103 (05/18)    LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)